HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOEL ALMANZA-WITRAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JOEL ALMANZA-WITRAGO,<br><br>　　　　*Defendant.* | No. 1:13-cr-0013 AWI / BAM<br><br>STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE; STATUS CONFERENCE<br><br><br>DATE: July 22, 2013<br>TIME: 1:00 P.M.<br>JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the defendant's reply to the government's response in the above-captioned matter may be continued from June 10, 2013 to be filed on or before **June 28, 2013**, and that the motions hearing/status conference currently set for June 24, 2013, **may be continued to July 22, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

　　　　Counsel for defendant had to schedule a medical procedure today that will have him out for two days, and then a furlough day on Friday.

　　　　The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 5, 2013 |   | By: | */s/ Mia Giacomazzi*<br>MIA GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 5, 2013 |   | By: | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>PEGGY SASSO<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JOEL ALMANZA-WITRAGO |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **June 6, 2013**     **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE