| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorney for Defendant |
| | JOEL ALMANZA-WITRAGO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-0013 AWI / BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER ADVANCING |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | |
| JOEL ALMANZA-WITRAGO | ) | DATE: October 9, 2013 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the hearing currently set for October 15, 2013 at 10:00 a.m., **may be advanced and rescheduled to October 9, 2013 at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea October 9, 2013.

*Almanza-Witrago Stipulation advancing change of plea*

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 4, 2013 |   | By: | */s/ David L. Gappa*<br>MIA GIACOMAZZI<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 4, 2013 |   | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>CHARLES J. LEE<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JOEL ALMANZA-WITRAGO |

**O R D E R**

*/s/*

IT IS SO ORDERED.

Dated:   October 8, 2013   _____
SENIOR DISTRICT JUDGE

*Almanza-Witrago Stipulation advancing change of plea*